239 So.2d 344

**Victor BUSSIE and his wife, Gertrude Foley Bussie**

v.

**Mrs. Blanche Revere LONG, James R. Leake and Leo J. Theriot, Members of and The Louisiana Tax Commission.**

No. 50703.

Sept. 25, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

239 So.2d 345

**Eva CELESTIN, Wife of Austin CLAY, Jr. et al.**

v.

**Elmo R. BOURG et al.**

No. 50705.

Sept. 25, 1970.

Writ denied. The result is correct.